

# U.S. District Court

## Texas Western - San Antonio

Receipt Date: Jul 10, 2025 11:21AM

Mark Anthony Ortega
152 Bedingfeld
San Antonio, Texas 78231

Rcpt. No: 8077                Trans. Date: Jul 10, 2025 11:21AM                Cashier ID: #TT (6587)

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|----|--------|---|---|-----|
| CH | Check | #1021 | 07/1/2025 | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

**Comments:** 5:25-CV-790-JKP, Ortega v. Stern Rock Capital, et al

Clerk, US District Court - San Antonio Division - 262 W Nueva, Ste 1-400, San Antonio, TX 78207 (210) 472-6550 - www.txwd.uscourts.gov



SA25CA0790 JKP  MJ-ESC