Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



RECEIVED
JUL -7 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, TX 78207

**SA25CA0790 JKP** MJ-ESC