IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| *Plaintiff,* | § § § | SA-25-CV-00790-JKP |
| vs. | § § § | |
| STERN ROCK CAPITAL LLC, ZACHARY NEMAN, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court in the above-styled cause of action is Defendant Zachary Neman's oral motion for permission to file electronically. As stated at the Initial Pretrial Conference on November 12, 2025, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that Defendant's oral motion for permission to file electronically is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant review the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at https://www.txwd.uscourts.gov/cmecf/.

**IT IS FURTHER ORDERED** that Defendant may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

SIGNED this 13th day of November, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE